IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-430-JLK**

**DONALD DEDIEMAR**,

        Plaintiff,

v.

**JAMES B. PEAKE, in his official capacity as Secretary of Veterans Affairs,**

        Defendant.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Motion to Amend Complaint (doc. #3), filed March 10, 2008, is GRANTED. Plaintiff is granted leave to amend his complaint to remove the names of those parties unnecessarily named in the complaint, leaving only one defendant, as shown above.

---

Dated: March 11, 2008