IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-430-JLK**

**DONALD DEDIEMAR**,

    Plaintiff,

v.

**JAMES B. PEAKE, in his official capacity as Secretary of Veterans Affairs,**

    Defendant.

## ORDER

Kane, J.

This matter is before the court on Defendant's Motion to Dismiss (doc. #7), filed May 16, 2008. In light of plaintiff's acknowledgment of the merit of Defendant's Motion, the Motion is GRANTED. Plaintiff's second and third claims for relief are dismissed. It is noted that Plaintiff has now filed an amended complaint, which is accepted. Defendant shall file an answer to the Amended Complaint (doc. #11) on or before June 25, 2008. This matter will be set for Scheduling Conference by separate Minute Order.

Dated this 10th day of June, 2008.

                                                  BY THE COURT:

                                                *S/John L. Kane*
                                                John L. Kane, Senior Judge
                                                United States District Court