IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-430-JLK**

**DONALD DEDIEMAR**,

      Plaintiff,

v.

**JAMES B. PEAKE, in his official capacity as Secretary of Veterans Affairs,**

      Defendant.

---

## ORDER

Kane, J.

This matter is before the court on Plaintiff's Motion to Dismiss (doc. #28), filed April 14, 2009. The motion is GRANTED. It is

ORDERED that this case is DISMISSED WITHOUT PREJUDICE, the parties to bear their own costs and attorney fees.

Dated: April 20, 2009

BY THE COURT:

*S/John L. Kane*
John L. Kane, Senior Judge
United States District Court